# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETS GLOBAL, INC.,** | : | CIVIL ACTION NO. 1:18-CV-1256 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **M2 LOGISTICS, INC., and HABIL TRANSPORTATION LLC,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of September, 2018, upon consideration of the motion (Doc. 28) for entry of default judgment by plaintiff Pets Global, Inc. ("Pets Global"), wherein Pets Global avers that defendant Habil Transportation LLC ("Habil") has failed to enter an appearance or respond to the amended complaint in compliance with the Federal Rules of Civil Procedure, (id. ¶¶ 3-5), but it appearing that Pets Global has not yet requested entry of default by the Clerk of Court, see FED. R. CIV. P. 55(a), and that entry of default is a prerequisite to the entry of default judgment, see United States v. Knier, No. 1:18-CV-00553, 2018 WL 3064227, at *2 (M.D. Pa. June 21, 2018) (quoting 10A CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 2682 (3d ed. 2007); see also Husain v. Casino Control Comm'n, 265 F. App'x 130, 133 (3d Cir. 2008) (same), it is hereby ORDERED that Pets Global's motion (Doc. 28) for entry of default judgment is DENIED without prejudice to refiling of same after entry of default against Habil.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania