**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PETS GLOBAL, INC.,** | : | **CIVIL ACTION NO. 1:18-CV-1256** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **M2 LOGISTICS, INC., and HABIL** | : | |
| **TRANSPORTATION LLC,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of April, 2019, upon consideration of the motion (Doc. 35) to set aside entry of default by defendant Habil Transportation LLC ("Habil"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Habil's motion (Doc. 35) is GRANTED.

2. The default (Doc. 32) entered by the Clerk of Court on October 11, 2018, is SET ASIDE.

3. Habil shall pay to plaintiff all reasonable costs that plaintiff incurred in attempting to effect service of its complaints on Habil. Within 14 days of the date of this order, plaintiff shall submit to the court an affidavit detailing all applicable costs, together with supporting documentation, and a proposed order for approval by the court.

4. Habil shall respond to plaintiff's amended complaint (Doc. 13) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania