# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETS GLOBAL, INC., | : | Civil No. 1:18-CV-01256 |
| Plaintiff, | : | |
| v. | : | |
| M2 LOGISTICS, INC. and HABIL TRANSPORTATION LLC, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of October, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Plaintiff's motion for summary judgment, Doc. 49, against Defendant Habil Transportation LLC is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Plaintiff against Defendant Habil Transportation LLC in the amount of $56,106.02 plus prejudgment interest of $9,425.81, totaling $65,531.83.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania